UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOVI PROMENADE ASSOCIATES
LIMITED PARTNERSHIP, and
LANDON DEVELOPMENT CORP.,

    Plaintiffs/Counter Defendants,

vs.

Case No. 02-CV-72890

HON. GEORGE CARAM STEEH

TARGET CORPORATION,

    Defendant/Counter-Plaintiff.

_____/

## A M E N D E D  J U D G M E N T

    The above-entitled matter, in which this court conducted a bench trial and in which an initial judgment issued on September 30, 2005, has again come before the court on plaintiffs' and defendant's post-judgment motions. An amendment to the original judgment is necessary in accordance with the court's ruling on those post-judgment motions, issued on March 31, 2006.

    Therefore, IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of plaintiffs as set forth in this court's September 30, 2005 order in the amounts identified. Judgment is also GRANTED in favor of defendant/counter-

plaintiff, in the amount of $3,194,225.00, which is the net sum after offsetting the amount awarded to plaintiffs, plus pre-judgment interest as set forth in the court's March 31, 2006 order.

                DAVID J. WEAVER
                CLERK OF THE COURT


                By: s/Marcia Beauchemin
                    Deputy Clerk

Dated: April 11, 2006
       Detroit, Michigan.